590

*In re* **LOIBEN**, Alan Arthur (MR 18030)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Alan Arthur Loiben is suspended from the practice of law for five months. Respondent Alan Arthur Loiben shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **MAYSTER**, Larry S. (MR 18008)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent Larry S. Mayster is censured, as recommended by the Review Board.